FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2022-2472
_____

DARRYL EDWARD MCKNIGHT JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

November 29, 2023

PER CURIAM.

Appellant challenges the imposition of costs on appeal. We affirm the imposition of costs of prosecution without further comment. *See Parks v. State*, 48 Fla. L. Weekly D1524 (Fla. 1st DCA Aug. 2, 2023). As to Appellant's claim that the State failed to request the FDLE costs that were imposed, the record shows otherwise. To the extent Appellant argues that there was not sufficient evidence to support imposition of the FDLE costs, this issue was not preserved for appeal. *See Mapp v. State*, 71 So. 3d 776 (Fla. 2011) (holding that a claim that insufficient evidence was presented to support the order for restitution was not preserved for appeal by filing 3.800(b) motion).

AFFIRMED.

ROBERTS, RAY, and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————


Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.